UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

T1 G1 DALLAS SOLAR MODULE LLC,

Plaintiff,

v.

RWE AKTIENGESELLSCHAFT,

Defendant.

Case No. 1:26-cv-07049

**ORAL ARGUMENT REQUESTED**

---

**NOTICE OF DEFENDANT RWE AKTIENGESELLSCHAFT'S**
**MOTION TO DISMISS AND STAY**

PLEASE TAKE NOTICE THAT upon the accompanying memorandum of law dated August 24, 2026; the Affirmation of Christopher D. Belelieu dated August 24, 2026, and all exhibit(s) attached thereto; and upon all prior proceedings herein, the undersigned, attorneys for Defendant RWE Aktiengesellschaft ("RWE AG"), respectfully move this Court, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, at a time and date to be determined by the Court, for an order dismissing Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and the *Colorado River* abstention doctrine, or in the alternative, staying the action pursuant to *Colorado River* abstention or the Court's inherent authority, and granting such other and further relief as the Court deems just and proper.

Dated: August 24, 2026

Respectfully submitted,

By: */s/ Christopher D. Belelieu*

GIBSON, DUNN & CRUTCHER LLP

Christopher D. Belelieu
200 Park Avenue
New York, NY 10166-0193
cbelelieu@gibsondunn.com

John T. Cox III (*pro hac vice* forthcoming)
TCox@gibsondunn.com
Ashley E. Johnson (*pro hac vice* forthcoming)
AJohnson@gibsondunn.com
Thomas A. Manakides (*pro hac vice* forthcoming)
TManakides@gibsondunn.com
2001 Ross Avenue, Suite 2100
Dallas, TX 75201

*Attorneys for Defendant RWE Aktiengesellschaft*